# Court of Appeals
# of the State of Georgia

ATLANTA,  May 31, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1939.  JAMARI JENKINS v. WILLIAM DANFORTH, WARDEN**

Jamari Jenkins has filed a notice of appeal to this Court from the denial of a habeas corpus petition.  The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/31/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*